PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THERESA SALUD QUINTANA,<br><br>Defendant. | CASE NO. 2:24-CR-0105-DAD<br><br>STIPULATION TO SET HEARING FOR WAIVER OF INDICTMENT, ARRAIGNMENT, AND ENTRY OF GUILTY PLEA<br><br>DATE: May 13, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant, Theresa Salud Quintana, by and through her attorney of record, Shari Rusk, hereby request to set the matter for a hearing on May 13, 2024, at 9:30 a.m., for Waiver of Indictment, Arraignment, and Entry of Guilty Plea.

IT IS SO STIPULATED.

Dated: May 7, 2024                                             PHILLIP A. TALBERT
                                                                              United States Attorney


                                                                              /s/ DAVID W. SPENCER
                                                                              DAVID W. SPENCER
                                                                              Assistant United States Attorney

Dated:  May 7, 2024

/s/ Shari Rusk
Shari Rusk
Counsel for Defendant
THERESA SALUD QUINTANA

**ORDER**

This matter is set for hearing on May 13, 2024, at 9:30 a.m., for Waiver of Indictment, Arraignment, and Entry of Guilty Plea.

IT IS SO ORDERED.

Dated:  **May 7, 2024**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE