PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THERESA SALUD QUINTANA,<br><br>Defendant. | 2:24-CR-00105-DAD<br><br>APPLICATION AND ORDER FOR MONEY JUDGMENT |

On May 13, 2024, defendant Theresa Salud Quintana entered a guilty plea to conspiracy to distribute and to possess with intent to distribute methamphetamine, cocaine, heroin, and fentanyl in violation of 21 U.S.C. §§ 846 and 841(a)(1), as charged in the Information.

As part of her plea agreement with the United States, defendant Theresa Salud Quintana agreed to forfeit voluntarily and immediately $47,750.00, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of a violation of 21 U.S.C. §§ 846 and 841(a)(1) to which she has pled guilty. See Defendant Quintana's Plea Agreement ¶ II.E.  Plaintiff hereby applies for entry of a money judgment as follows:

1. Pursuant to 21 U.S.C. § 853(a) and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Theresa Salud Quintana in the amount of $47,750.00.

2. The above-referenced personal forfeiture money judgment is imposed based on defendant Theresa Salud Quintana's conviction for violating 21 U.S.C. §§ 846 and 841(a)(1). Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of conviction. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814. The personal forfeiture money judgment shall be paid in $1,000.00 quarterly payments due by the 5th of the month, every three months, starting on March 5, 2025, while defendant Theresa Salud Quintana is out of custody, and will resume once she is released from custody.[1] Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

DATED:  8/20/2024

PHILLIP A. TALBERT
United States Attorney

 /s/ David W. Spencer
DAVID W. SPENCER
Assistant U.S. Attorney

---

[1] If the defendant becomes financially unable to pay according to the agreed-upon payment schedule, the parties agree to negotiate in good faith modifications to that schedule in accordance with the defendant's ability to pay.

**O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Theresa Salud Quintana in the amount of $47,750.00.  Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814.  The personal forfeiture money judgment shall be paid in $1,000.00 quarterly payments due by the 5th of the month, every three months, starting on March 5, 2025, while defendant Theresa Salud Quintana is out of custody, and will resume once she is released from custody.

Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

IT IS SO ORDERED.

Dated: **August 21, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE