PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-0105-DAD |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS RE: JUDGMENT & SENTENCING |
| v. | DATE: January 7, 2025 |
| THERESA SALUD QUINTANA, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

**STIPULATION**

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant, Theresa Salud Quintana, by and through her attorney of record, Shari Rusk, hereby move to continue the status re: judgment and sentencing hearing currently scheduled for January 7, 2025, at 9:30 a.m., to April 28, 2025, at 9:30 a.m., based on the following:

1. By previous order, the status re: judgment and sentencing hearing was set for January 7, 2025.

2. Additional time is needed for investigation related to sentencing and to complete the PSR process.

3. Accordingly, the parties jointly request that the status re: judgment and sentencing hearing be continued to April 28, 2025, at 9:30 a.m.

IT IS SO STIPULATED.

Dated:  December 30, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated:  December 30, 2024

/s/ Shari Rusk
Shari Rusk
Counsel for Defendant
THERESA SALUD QUINTANA

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the date for the Status re: Judgment and Sentencing is hereby continued from January 7, 2025, to April 28, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **December 30, 2024**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE