SHARI RUSK (SBN 170313)
ATTORNEY AT LAW
916 2nd Ave.
2nd floor
Sacramento, CA. 95814
(916) 804-8656
rusklaw@att.net

Attorney for Defendant
THERESA QUINTANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>THERESA QUINTANA,<br><br>Defendant. | ) CR.S.. **2:24-CR-00105 DAD**<br>)<br>)<br>)<br>) STIPULATION AND ORDER RE STATUS<br>) OF JUDGMENT & SENTENCING<br>)<br>) Court: Hon. Dale A. Drozd<br>) Time: 9:30 a.m.<br>) Date: December 22, 2025<br>)<br>)<br>)<br>) |

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant, Theresa Salud Quintana, by and through her attorney of record, Shari Rusk, hereby move to continue the status re: judgment and sentencing hearing currently scheduled for October 6, 2025, based on the following:

1. By previous order, the status re: judgment and sentencing hearing was set for October 6, 2025.

2. Additional time is needed for investigation related to sentencing and to complete the PSR process.

3. Accordingly, the parties jointly request that the status re: judgment and sentencing hearing be continued to December 22, 2025, at 9:30 a.m.

1

IT IS SO STIPULATED.

Dated: October 3, 2025

          /s/ Shari Rusk
          SHARI RUSK
          Attorney for Defendant
          THERESA QUINTANA

          /s/ David Spencer
          DAVID SPENCER
          Assistant United States Attorney

## **ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference re: judgment and sentencing previously scheduled for October 6, 2025, is continued to December 22, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **October 3, 2025**

          DALE A. DROZD
          UNITED STATES DISTRICT JUDGE