1  ERIC GRANT
United States Attorney
2  DAVID W. SPENCER
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8
IN THE UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,                  CASE NO.  2:24-CR-0105-DAD

12                          Plaintiff,          STIPULATION TO CONTINUE STATUS RE:
                                                JUDGMENT & SENTENCING
13              v.
                                                DATE: December 22, 2025
14  THERESA SALUD QUINTANA,                      TIME: 9:30 a.m.
                                                COURT: Hon. Dale A. Drozd
15                          Defendant.

16

17

18                              **STIPULATION**

19        By this stipulation, Plaintiff, the United States of America, by and through its attorney of record,

20  Assistant U.S. Attorney David W. Spencer, and Defendant, Theresa Salud Quintana, by and through her

21  attorney of record, Shari Rusk, hereby move to continue the status re: judgment and sentencing hearing

22  currently scheduled for December 22, 2025, at 9:30 a.m., to March 9, 2026, at 9:30 a.m., based on the

23  following:

24        1.      By previous order, the status re: judgment and sentencing hearing was set for December

25                22, 2025.

26        2.      Additional time is needed for investigation related to sentencing and to complete the PSR

27                process.

28

STIPULATION TO CONTINUE STATUS RE: J&S                    1

1    3.    Accordingly, the parties jointly request that the status re: judgment and sentencing

2        hearing be continued to March 9, 2026, at 9:30 a.m.

3    IT IS SO STIPULATED.

4

5  Dated:  December 18, 2025                    ERIC GRANT
                                               United States Attorney

6

7                                              /s/ DAVID W. SPENCER
                                               DAVID W. SPENCER
                                               Assistant United States Attorney
8

9  Dated:  December 18, 2025                    /s/ Shari Rusk
                                               Shari Rusk
10                                             Counsel for Defendant
                                               THERESA SALUD QUINTANA
11

12
                                    **ORDER**
13

14        Pursuant to the stipulation of the parties and good cause appearing, the date for the Status re:

15 Judgment and Sentencing is hereby continued from December 22, 2025, to March 9, 2026, at 9:30 a.m.

16    IT IS SO ORDERED.

17 Dated:   **December 18, 2025**              _Dale A. Drozd_____
                                               DALE A. DROZD
18                                             UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28