ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:24-CR-105-DAD |
| Plaintiff, | STIPULATION TO VACATE STATUS RE: JUDGMENT & SENTENCING AND SET JUDGMENT & SENTENCING HEARING; ORDER |
| v. | |
| THERESA SALUD QUINTANA, | DATE: March 9, 2026 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for a status re: judgment and sentencing hearing before the Honorable Dale A. Drozd on March 9, 2026.

2.    By this stipulation, the defendant now moves to vacate the status re: judgment and sentencing hearing and set this matter for a judgment & sentencing hearing on June 29, 2026.  Plaintiff does not oppose this request.

3.    The parties agree and stipulate, and request that the Court order the following PSR deadlines:

a.    Draft Presentence Report ("PSR"):    May 18, 2026

b.    Informal objections to the draft PSR: June 1, 2026

1

    c.     Final PSR:                    June 8, 2026

    d.     Formal objections to the Final PSR:  June 15, 2026

    e.     Reply to formal objections:     June 22, 2026

    f.     Judgment & Sentencing Hearing:   June 29, 2026

IT IS SO STIPULATED.

Dated:  March 5, 2026

ERIC GRANT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated:  March 5, 2026

/s/ Shari Rusk
Shari Rusk
Counsel for Defendant
THERESA SALUD
QUINTANA

## ORDER

The Court vacates the status re: judgment and sentencing hearing presently set for March 9, 2026, and sets this matter for judgment & sentencing on June 29, 2026, at 9:30 a.m.  The Court adopts the proposed PSR schedule in the parties' stipulation.

IT IS SO ORDERED.

Dated:  **March 5, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2