SHARI RUSK (SBN 170313)
ATTORNEY AT LAW
916 2nd Ave.
2nd floor
Sacramento, CA. 95814
(916) 804-8656
rusklaw@att.net

Attorney for Defendant
THERESA QUINTANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

THERESA QUINTANA,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CR.S.. **2:24-CR-0105 DAD**

**STIPULATION AND ORDER RE JUDGMENT & SENTENCING**

Court: Hon. Dale A. Drozd
Time: 9:30 a.m.
Date: November 30, 2026

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant, Theresa Salud Quintana, by and through her attorney of record, Shari Rusk, hereby move to continue the  judgment and sentencing hearing currently scheduled for June 29, 2026, at 9:30 a.m. to November 30, 2026, based on the following:

1. By previous order, the status re: judgment and sentencing hearing was set for June 29, 2026.

2. Ms. Quintana's mother recently passed away and she has not yet completed the pre-sentence interview. Additional time is needed for investigation related to sentencing and to complete the PSR process. The parties adopt the following schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | November 30, 2026 |
| | November 23, 2026 |
| Reply, or Statement of Non-Opposition: | November 16, 2026 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | November 09, 2026 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | November 02, 2026 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | |
| The draft Presentence Report shall be disclosed to counsel no later than: | |
| | October 19, 2026 |

3. Accordingly, the parties jointly request that the status re: judgment and sentencing hearing be continued to November 30, 2026, at 9:30 a.m.

IT IS SO STIPULATED.

Dated: June 25, 2026

/s/ Shari Rusk_____
SHARI RUSK
Attorney for Defendant
THERESA QUINTANA

/s/ David Spencer_____
DAVID SPENCER
Assistant United States Attorney

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing currently scheduled for June 29, 2026, is continued to November 30, 2026, at 9:30 a.m. and the presentence report related schedule proposed by the parties is adopted.

IT IS SO ORDERED.

Dated:    **June 26, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

.

3