SHARI RUSK (SBN 170313)
ATTORNEY AT LAW
916 2nd Ave.
2nd floor
Sacramento, CA. 95814
(916) 804-8656
rusklaw@att.net

Attorney for Defendant
THERESA QUINTANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>THERESA QUINTANA,<br><br>Defendant. | CR.S.. **24-CR-0105 DAD**<br><br>AMENDED STIPULATION AND ORDER RE JUDGMENT & SENTENCING<br><br>Court: Hon. Dale A. Drozd<br>Time: 9:30 a.m.<br>Date: March 15, 2027 |

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant, Theresa Salud Quintana, by and through her attorney of record, Shari Rusk, hereby move to continue the judgment and sentencing hearing currently scheduled for November 30, 2026 to March 15, 2027, based on the following:

1. By previous order, the status re: judgment and sentencing hearing was set for November 30, 2026.

2. Ms. Quintana suffered a series of devastating losses and has now completed her pre-sentence interview. The pre-sentence interview was completed on October 29, 2026. Additional time is

needed for investigation related to sentencing and to complete the PSR process. The parties adopt the following schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | March 15, 2027 |
| | March 9, 2027 |
| Reply, or Statement of Non-Opposition: | March 2, 2027 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | February 23, 2027 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | February 16, 2027 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | |
| The draft Presentence Report shall be disclosed to counsel no later than: | |
| | February 2, 2027 |

3. Accordingly, the parties jointly request that the status re: judgment and sentencing hearing be continued to March 15, 2027, at 9:30 a.m.

IT IS SO STIPULATED.

cc: Julie Besabe, USPO

Dated: November 4, 2026

/s/ Shari Rusk
SHARI RUSK
Attorney for Defendant
THERESA QUINTANA

/s/ David Spencer
DAVID SPENCER
Assistant United States Attorney

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing currently scheduled for November 30, 2026, is continued to March 15, 2027, at 9:30 a.m. and the presentence report related filing dates proposed by the parties are adopted.

IT IS SO ORDERED.

Dated: **November 12, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE